**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 05 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10012 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-01021-GMS-1 |
| v. | |
| MOISES HUIZAR-FLORES, a.k.a. Moises Flores Huizar, a.k.a. Moises Huizar, a.k.a. Moses Huizar, a.k.a. Ranato Huizar, a.k.a. Moises Huizar-Martinez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted September 30, 2014[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Moises Huizar-Flores appeals from the district court's judgment and

challenges his guilty-plea conviction and 46-month sentence for reentry after

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967),  Huizar-Flores's counsel has filed a brief stating that there are no

grounds for relief, along with a motion to withdraw as counsel of record.  We have

provided  Huizar-Flores the opportunity to file a pro se supplemental brief.  No pro

se supplemental brief or answering brief has been filed.

Huizar-Flores has waived his right to appeal his reentry of a removed alien

conviction and 46-month sentence.  Because the record discloses no arguable issue

as to the validity of the appeal waiver, we dismiss the appeal.  *See United States v.*

*Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**